**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

David Bacorn,

    Plaintiff,

v.                                                       Case No.: 6:18-CV-549-ORL-40-KRS

Charter Communications, Inc. aka Spectrum
Billing Services, Inc.,

    Defendant.

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

COME NOW, Charter Communications Inc. ("Defendant") by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1 and hereby discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    David Bacorn
    C/O
    Tamra Givens ESQ.
    Lemburg Law, LLC.
    43 Danbury Road.
    Wilton, CT 06897
    tgivens@lemburglaw.com

Tamra Givens ESQ.
Lemburg Law, LLC.
43 Danbury Road.
Wilton, CT 06897
tgivens@lemburglaw.com

Lemburg Law, LLC
Counsel for Plaintiff
43 Danbury Road.
Wilton, CT 06897

Charter Communications Inc.
C/O
Counsel for Defendants
GOLDEN, SCAZ, GAGAIN, PLLC
Sangeeta Spengler ESQ.
201 North Armenia Avenue
Tampa FL 33609
spspengler@gsgfirm.com

Golden, Scaz Gagain P.L.L.C
Counsel for Charter Communications Inc.
201 N. Armenia Avenue
Tampa, FL 33609

Sangeeta Spengler Esq.
Counsel for Charter Communications Inc.
Golden Scaz Gagain P.L.L.C
201 N. Armenia Avenue
Tampa, Florida 33609

ETAN Industries

Charter Communications, Inc. is a publicly held company.

Based on publicly available information, Defendant is aware that Liberty Broadband Corporation owns 10% or more of Charter Communications, Inc.'s stock. Liberty Broadband Corporation is also a publicly held company.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

*None that Defendant is aware of.*

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and member of the creditors' committed (or if no creditors' committee the 20 largest unsecured creditors):

   *None.*

4. The name of each individual victim (individual or corporate), including every person who may be entitled to restitution:

   David Bacorn

5. Check one of the following:

   __X__ a) I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict, or

   _____ b) I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

   _n/a_____

Respectfully submitted by:

 /s/ Sangeeta Spengler
Sangeeta Spengler, ESQ.
Florida Bar No.: 0186864
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
spspengler@gsgfirm.com
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 10, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

     /s/ Sangeeta Spengler
Sangeeta Spengler, ESQ.
Florida Bar No.: 0186864